**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JERRY M. GIBSON, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | )   1:04-cv-2117-JDT-TAB |
| | ) |
| JO ANNE B. BARNHART, Commissioner | ) |
| of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Jerry M. Gibson is not entitled to Disability Insurance Benefits for the period of November 17, 1987, through March 31, 1998, based on his application filed on August 19, 1993, is **REVERSED AND REMANDED** with instructions to award benefits for that period of time**.** The Commissioner's determination of ineligibility for the period of April 1, 1988, through January 1, 1995, is **AFFIRMED.**

This is a "sentence four" remand pursuant to 42 U.S.C. § 405(g).


Date: _____3/20/2006_____          _____

Laura Briggs, Clerk                   John Daniel Tinder, Judge
United States District Court           United States District Court

*Evelyn A. Hollins*
_____
By: Deputy Clerk

Distribution:

Jerry M. Gibson, 80 East 900 North, Lot #11, Alexandria, IN 46001-8201
Thomas E. Kieper, Office of the United States Attorney, 10 West Market Street
        Suite 2100, Indianapolis, IN   46204